IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS NORTHWEST, INC., <br><br>Plaintiff, <br><br>v. <br><br>VECTOR GENERAL ENGINEERING CONTRACTORS, INC., et al., <br><br>Defendants / | No. C-09-1210 MMC <br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF; DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

    Before the Court is plaintiff's Case Management Statement and Request to Appear Telephonically at Case Management Conference, both filed June 24, 2009, as well as an Application for Admission of Attorney Pro Hac Vice, filed June 24, 2009 by Neil M. Sholander ("Sholander"). Having read and considered the above-referenced filings, the Court rules as follows.

    Because defendants, to date, have not appeared in the action, the Court hereby CONTINUES the Case Management Conference from June 26, 2009 to September 4, 2009, at 10:30 a.m.[1]  A Joint Case Management Conference shall be filed no later than August 28, 2009.

---

[1] In light of the continuance, plaintiff's request to appear telephonically at the June 26, 2009 conference is hereby DENIED as moot.

1  Further, plaintiff is hereby DIRECTED to file, no later than July 6, 2009, either a
2  request for entry of default as to each defendant or a statement indicating why plaintiff
3  should not be required to do so.
4  Finally, Sholander's application for admission pro hac vice is hereby DENIED.
5  Sholander, a member of the California State Bar who maintains an office in California, is
6  not eligible to practice pro hac vice in this district. <u>See</u> Civil L.R. 11-3(b) (providing
7  applicant who resides in California or is regularly engaged in the practice of law in
8  California is not eligible to practice pro hac vice).

**IT IS SO ORDERED.**

Dated: June 25, 2009

MAXINE M. CHESNEY
United States District Judge

2