IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> VECTOR GENERAL ENGINEERING CONTRACTORS, INC., et al., <br><br> Defendants | No. C-09-1210 MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

By order filed June 25, 2009, plaintiff was directed to file, no later than July 6, 2009, either a request for entry of default as to each defendant or a statement indicating why plaintiff should not be required to do so. To date, plaintiff has failed to file either a request for entry of default or a statement indicating why it should not be required to do so.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than August 21, 2009, why the instant action should not be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: August 7, 2009

MAXINE M. CHESNEY
United States District Judge