IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> VECTOR GENERAL ENGINEERING CONTRACTORS, INC., et al., <br><br> Defendants / | No. C-09-1210 MMC <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

    Before the Court is the Declaration of Neil M. Sholander, filed August 19, 2009 in response to the Court's August 7, 2009 order directing plaintiff to show cause why the instant action should not be dismissed for failure to prosecute.

    Having read and considered the above-referenced declaration, the Court finds plaintiff, through its counsel of record, has shown its failure to file timely requests for entry of default was inadvertent and/or the product of excusable neglect. Under the circumstances, the Court hereby DISCHARGES the August 7, 2009 order to show cause.

    **IT IS SO ORDERED.**

Dated: August 26, 2009

MAXINE M. CHESNEY
United States District Judge