IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS NORTHWEST, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS, INC., et al.,<br><br>　　　　Defendants | No. C-09-1210 MMC<br><br>**ORDER REFERRING TO CLERK PLAINTIFF'S REQUESTS FOR ENTRY OF DEFAULT** |

On August 19, 2009, plaintiff filed three documents: (1) "Request for Clerk's Entry of Default" as to defendant Vector General Engineering Contractors, Inc."; (2) "Request for Clerk's Entry of Default" as to defendant Renee A. Torres; and (3) "Request for Clerk's Entry of Default" as to defendant Western Surety Company. In the text of each such request, plaintiff states it "requests a default judgment by Clerk under Federal Rules of Civil Procedure 55(b)(1)." Thereafter, in each such request, plaintiff states the subject defendant was properly served and has failed to appear herein; at the bottom of each request, plaintiff provides a form of order indicating whether the subject defendant's "default" has or has not been entered.

None of the requests is accompanied by an "affidavit showing the amount due," as is required to obtain a default judgment by the Clerk. See Fed. R. Civ. P. 55(b)(1). Further,

1  the Clerk has not previously entered the default of any of the subject defendants, which is a
2  prerequisite to a plaintiff's seeking entry of a default judgment by the Clerk. <u>See</u> <u>id.</u> Under
3  the circumstances, the Court construes each request to be seeking entry of default by the
4  Clerk only, and not, as the text of each request states, entry of "default judgment" by the
5  Clerk.
6      Accordingly, the requests are hereby REFERRED to the Clerk of the Court for a
7  determination as to whether plaintiff is entitled to entry of default as to the subject
8  defendants. <u>See</u> Fed. R. Civ. P. 55(a).
9      **IT IS SO ORDERED.**

11  Dated:  August 28, 2009

    _____
    MAXINE M. CHESNEY
    United States District Judge