IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS NORTHWEST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS, INC., et al.,<br><br>Defendants / | No. C-09-1210 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

    Before the Court is plaintiff's Case Management Statement, filed August 31, 2009, and Request to Appear Telephonically at Case Management Conference, filed September 1, 2009. Having read and considered the above-referenced filings, the Court rules as follows.

    In light of the Clerk's having entered, on September 1, 2009, the default of the three remaining defendants, the Court hereby CONTINUES the Case Management Conference from September 4, 2009 to December 11, 2009, at 10:30 a.m.[1] A Case Management Conference shall be filed no later than December 4, 2009.

//

---

[1] In light of the continuance, plaintiff's request to appear telephonically at the September 4, 2009 conference is hereby DENIED as moot.

Further, plaintiff is hereby DIRECTED to file, no later than October 16, 2009, either a motion for entry of default judgment as to the three remaining defendants or a statement explaining why plaintiff should not be required to do so.

**IT IS SO ORDERED.**

Dated:  September 2, 2009

MAXINE M. CHESNEY
United States District Judge