IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS NORTHWEST, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS, INC., et al.,<br><br>　　　　Defendants　　　　　　　　　　/ | No. C-09-1210 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　By order filed September 2, 2009, plaintiff was directed to file, no later than October 16, 2009, either a motion for entry of default judgment as to the three remaining defendants or a statement indicating why plaintiff should not be required to do so. To date, plaintiff has failed to file either a motion for entry of default judgment or a statement indicating why it should not be required to do so. Additionally, by order filed September 2, 2009, plaintiff was directed to file, no later than December 4, 2009, a Case Management Conference Statement; to date, plaintiff has failed to do so.

　　　　Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 18, 2009, why the instant action should not be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

//

1  In light of the above order to show cause, the Case Management Conference is
2  hereby CONTINUED from December 11, 2009 to January 22, 2010.  A Case Management
3  Statement shall be filed no later than January 15, 2010.
4  **IT IS SO ORDERED.**

6  Dated:  December 8, 2009

MAXINE M. CHESNEY
United States District Judge

2