IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS NORTHWEST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS, INC., et al.,<br><br>Defendants | No. C-09-1210 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE; DISCHARGING AS MOOT ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED; DIRECTIONS TO CLERK** |

By order filed December 8, 2009, the Court ordered plaintiff to show cause why the above-titled action should not be dismissed for failure to prosecute. Thereafter, on the same date, plaintiff filed a Request for Clerk's Entry of Dismissal, by which plaintiff requests dismissal of the instant action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Good cause appearing, plaintiff's request for dismissal with prejudice is hereby GRANTED, and the order to show cause is hereby DISCHARGED as moot.

The Clerk is DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: December 9, 2009

MAXINE M. CHESNEY
United States District Judge